**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberto M. FERRO, Defendant–
Appellant.**

No. 08–10719
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 3, 2008.

Ryan Thomas Truskoski, Orlando, FL,
for Defendant–Appellant.

Judy K. Hunt, United States Attorney's
Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and
PRYOR, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed
counsel for Roberto M. Ferro, has moved
to withdraw from further representation of
the appellant and filed a brief pursuant to
*Anders v. California,* 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our
independent review of the entire record
reveals that counsel's assessment of the
relative merit of the appeal is correct.
Because independent examination of the

beth A. Oney is not an "employer" under the
FLSA, and we therefore do not review this

entire record reveals no arguable issues of
merit, counsel's motion to withdraw is
**GRANTED,** and Kilgore's conviction and
sentence are **AFFIRMED.**